UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FABRIC SELECTION, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ONE STEP UP, LTD, a New York corporation; BEALL'S, INC. a Florida corporation; BEALL'S OUTLET STORES, INC., a Florida Corporation; BOSCOV'S DEPARTMENT STORE, LLC, a Delaware limited liability company; CITI TRENDS, INC., a Delaware corporation; GORDMANS STORES, INC., a Delaware corporation; HUBERT'S DEPARTMENT STORE, INC., a New Hampshire corporation; K MART CORPORATION, a Michigan corporation; KOHL'S CORPORATION, a Wisconsin corporation; RAINBOW APPAREL OF AMERICA, INC., a Delaware corporation; ROSS STORES, INC., a Delaware corporation; T.J. MAXX, INC., a Massachusetts corporation; 10 BELOW LLC, a Alabama limited liability company; WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 50, Inclusive,<br><br>    Defendants. | Case No. 2:17-cv-06153-SVW-SK<br><br>[~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. RULE 41(A)<br><br>*Filed Concurrently with Stipulation for Dismissal*<br><br>Trial Date:    None Set<br><br>JS-6 |

601129.1

Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The Complaint in the above captioned action shall be dismissed in its entirety with prejudice; and

2. The parties hereto shall bear their own costs and attorneys' fees.

3. The status conference set for January 29, 2018 at 1:30 p.m. is vacated and off-calendar.

DATED: January  29 , 2018          Judge Stephen V. Wilson

*[signature: Stephen V. Wilson]*